Charles F. Mitchell. H. Jones, for appellants. W. A. Walling, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROBERTS et al. v. ROBERTS et al. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by Elmer E. Roberts, as administrator, etc., and others, against Fanny L. Roberts and others. No opinion. Motion denied, without prejudice to application at Special Term to vacate injunction.

ROBINSON v. NEW YORK & S. I. ELECTRIC CO. et al. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by James A. Robinson against the New York & Staten Island Electric Company and another. No opinion. Motion for reargument, or for leave to appeal to the Court of Appeals, denied.

RODGERS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by John C. Rodgers against the city of New York. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs.

ROSENBERG v. HEIDELBERG. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Henry Rosenberg against Isaac N. Heidelberg. No opinion. Motion denied, with $10 costs.

ROUND ISLAND CO., Appellant, v. BULLOCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by the Round Island Company against Florence Bulloch. No opinion. Judgment affirmed, with costs.

RUSS et al. v. MAXWELL et al. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Elizabeth H. Russ and others against George Maxwell and others. No opinion. Motion denied, with $10 costs.

RUSS, Respondent, v. SITTERLY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Catharine Russ against Mary Sitterly and another. No opinion. Judgment and order affirmed, with costs.

In re SANDS. (Supreme Court, Appellate Division, First Department. December 16, 1904.) In the matter of Francis P. B. Sands. No opinion. Motion denied, with $10 costs.

In re SANDS. (Supreme Court, Appellate Division, First Department. January 13, 1905.) In the matter of Francis P. B. Sands. No opinion. Motion denied, with $10 costs.

SCHELINSKY, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Sarah Schelinsky against Fanny Miller and others. A. Steckler, for appellant. W. N. Cohen, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SCHULEHOFER, Respondent, v. FINK, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Jacob Schulehofer against Charles E. Fink.

PER CURIAM. The question of fact as to the competency and fidelity of plaintiff's assignor was determined upon conflicting evidence, and this determination had ample support in the evidence. It is apparent that the failure of the court below to allow to the defendant the credit of $42, earned by the assignor between the discharge and the trial, was inadvertent. This sum should have been offset. The judgment must be modified by reducing it to that extent, and, as modified, affirmed, without costs.

SCHULTZ et al., Respondents, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Christina Schultz and another against the city of Buffalo. No opinion. Upon reading and filing the stipulation of the parties, appeal dismissed, without costs.

SCHUYLER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by Peter J. Schuyler, as administrator, etc., of Margaret A. Persse, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce verdict to $2,000, in which case, judgment and order unanimously affirmed, with costs.

SCHWARTZ v. LONDON. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Samuel Schwartz against Albert London. No opinion. Motion denied, with $10 costs.

SEAVER, Appellant, v. EHRLICH, Respondent. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Frank A. Seaver against Etta Ehrlich. No opinion. Judgment of the Municipal Court affirmed, with costs.

SEIDEN, Respondent, v. EPSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Frank Seiden against Hyman Epstein and Henry Bloomgarden. No opinion. Judgment affirmed, with costs.

SEITZ v. GROVES et al. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Margaret O'Keeffe Seitz, as executrix, against William G. Groves and others. No opinion. Order affirmed, with $10 costs and disbursements.